**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MICHELLE HICKMAN and
JENNIFER CHARTIER, as
survivors of EUGENE CHARTIER,

       Plaintiffs,

                                               CASE NO. 05-70079
v.                                           HON. LAWRENCE P. ZATKOFF

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is currently before the Court on Magistrate Judge Whalen's Report and Recommendation in which the Magistrate Judge recommends that the Court dismiss Plaintiff's complaint for failure to prosecute, or alternatively, to grant Defendant's Motion to Dismiss. No objections to the Report and Recommendation have been filed.

After a thorough review of the court file, the parties' motions and briefs, and the Report and Recommendation, this Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court. Accordingly, the Court HEREBY DISMISSES Plaintiff's Complaint.

       IT IS SO ORDERED.

                                                 s/Lawrence P. Zatkoff
                                                 LAWRENCE P. ZATKOFF
                                                 UNITED STATES DISTRICT JUDGE

Dated: January 25, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on January 25, 2006.

                                          s/Marie E. Verlinde
                                          Case Manager
                                          (810) 984-3290